O

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01320-VAP (DTBx)                     Date: January 11, 2010

Title:      DEUTSCHE BANK NATIONAL TRUST COMPANY *-v-* GUADALUPE RODRIGUEZ
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

ATTORNEYS PRESENT FOR DEFENDANTS:

None

None

PROCEEDINGS:    MINUTE ORDER: REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

   On February 25, 2009, Plaintiff Deutsche Bank National Trust Company ("Plaintiff") filed a "Verified Complaint for Unlawful Detainer" against Defendant Guadalupe Rodriguez ("Defendant").  On July 15, 2009, Alfonso Garcia, an individual who is not a party to this action, filed a notice of removal on the basis of federal question, 28 U.S.C. §§ 1331.  (<u>See</u> Not. of Removal ¶ 4.)

   Mr. Garcia is not a party to this action, and is not entitled to file a notice of removal or to file a motion to dismiss.  Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                            Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                      Page 1